

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**FILED**

JUN 29 2004

CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RENTZ and DEBRA RENTZ,<br><br>Plaintiffs,<br><br>vs<br><br>HOME DEPOT, INC , a Delaware corporation, EXPO DESIGN CENTER, a business entity form unknown, and DOES 1 through 100, inclusive,<br><br>Defendants | Case No   SACV03-105GLT(MLGx)<br><br>~~[PROPOSED]~~<br>**JUDGMENT** |

**ENTERED**

JUN 30 2004

CLERK U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

**ENTERED**

JUN 30 2004

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

**THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).**

**DOCKETED ON CM**

JUN 30 2004

BY _____ 037

-1-

81

THE COURT ORDERS AND DIRECTS THAT JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs Anthony Rentz and Debra Rentz, and against defendant Home Depot U S A , Inc , as follows

| | |
|---|---|
| Breach of contract damages | $151,401 |
| Recoverable costs and attorneys' fees | $_____ |
| TOTAL JUDGMENT | $_____ |

The Court finds in favor of and hereby enters a verdict for Plaintiffs Anthony Rentz and Debra Rentz on the cause of action for breach of contract

The Court finds in favor of and hereby enters a verdict for defendant Home Depot U S A , Inc  on the cause of action for fraud

Plaintiffs' cause of action for negligence is moot

Plaintiffs Anthony Rentz and Debra Rentz are determined and adjudged to be the prevailing parties in this action

IT IS SO ADJUDGED AND DECREED

Dated  June **28** , 2004

THE HONORABLE GARY L  TAYLOR
District Court Judge, Central District

[PROPOSED] JUDGMENT

# **PROOF OF SERVICE**

CASE NAME   Rentz v Home Depot USA, Inc

COURT INFORMATION   U S D C , Central District, Case No  SACV03-105GLT

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of eighteen years, and am not a party to the within action   I am employed in the City and County of Los Angeles, California, and my business address is 911 East Colorado Blvd , Suite 310, Pasadena, California 91106   I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service   On the date listed below, following ordinary business practice, I served the following document(s)

## **[PROPOSED] ORDER**

on the party(ies) in this action, through his/her/their attorneys of record, by placing true and correct copies thereof in sealed envelope(s), addressed as shown on the attached Service List for service as designated below

Gregory Dillion, Esq
Michael Orr, Esq
Newmeyer & Dillion LLP
895 Dove Street
Fifth Floor
Newport Beach, CA 92660

( )     (By Personal Service)  I personally delivered such envelope to the addressee

(X )    (By First Class Mail)  I placed, on the date shown below, at my place of business, a true copy
        thereof, enclosed in a sealed envelope for collection and mailing with the United States
        Postal Service where it would be deposited with the United States Postal Service that
        same day in the ordinary course of business, addressed to those listed on the attached
        Service List

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Proof of Service was executed on June 11, 2004, at Pasadena, California

Mark C  Peters

1
PROOF OF SERVICE