UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 02 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY RENTZ; et al., | No. 04-56406 |
| Plaintiffs - Appellants, | D.C. No. CV-03-00105-GLT<br>Central District of California,<br>Santa Ana |
| v. | |
| HOME DEPOT, INC., a Delaware corporation; et al., | ORDER |
| Defendants - Appellees. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 4 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The parties have stipulated to the dismissal of this appeal under Fed. R. App. P. 42(b). The appeal is dismissed. No costs or fees are outstanding or due to be paid. A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10



DOCKETED ON CM
FEB 14 2005
BY _____ 029

95